UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHARLES G.,[1]<br><br>         Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>         Defendant. | Case No.: 23cv2311-LR<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF NO. 14]** |

On December 19, 2023, Plaintiff Mark Charles G. filed a civil Complaint against Defendant Commissioner of Social Security, seeking judicial review of the denial of his application for social security disability insurance benefits and supplemental security income benefits. (ECF No. 1.) The parties now jointly move to remand this action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (See ECF No. 14 at 1–2.) The parties state that "[t]he purpose of the

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

remand is to offer Plaintiff a new decision," and that "[o]n remand, the Commissioner will further develop the record as necessary, and issue a new decision." (Id. at 2.) They also "request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." (Id.)

Upon due consideration, the Court **GRANTS** the parties' joint motion and **REMANDS** this action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion. Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: May 16, 2024

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge